

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00740-CR

The **STATE** of Texas,
Appellant

v.

Juan Luis **BALTAZAR-PEREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,801
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Juan Luis Baltazar-Perez's request for habeas relief; RENDER judgment denying Baltazar-Perez's habeas application; and REINSTATE the information charging Baltazar-Perez with the misdemeanor offense of criminal trespass.

SIGNED October 15, 2025

_____
Velia J. Meza, Justice